December 22, 2016



# JUDGMENT

# The Fourteenth Court of Appeals

### AGAR CORPORATION, INC., Appellant

NO. 14-15-00134-CV                               V.

### ELECTRO CIRCUITS INTERNATIONAL, LLC  AND SURESH PARIKH,
Appellees

_____

     This cause, an appeal from the judgment signed January 20, 2015, was heard on the transcript of the record.  We have inspected the record and find no error in the judgment.  We order the judgment of the court below **AFFIRMED**.

     We order that each party shall pay its costs by reason of this appeal.

     We further order this decision certified below for observance.